IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAMCAH-UA LOCAL 675 | ) | CV 19-00553 LEK-RT |
| PENSION FUND, PAMCAH-UA | ) | |
| LOCAL 675 ANNUITY FUND, | ) | |
| PAMCAH-UA LOCAL 675 HEALTH | ) | ORDER ADOPTING MAGISTRATE |
| & WELFARE FUND, PAMCAH-UA | ) | JUDGE'S FINDINGS AND |
| LOCAL 675 VACATION & | ) | RECOMMENDATION |
| HOLIDAY FUND, PAMCAH-UA | ) | |
| LOCAL 675 TRAINING FUND, | ) | |
| PAMCAH-UA LOCAL 675 | ) | |
| COOPERATION FUND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AKUA AIR CONDITIONING LLC, | ) | |
| A HAWAII LIMITED LIABILITY | ) | |
| COMPANY; JOHN DOES 1-10, | ) | |
| JANE DOES 1-10, DOE | ) | |
| CORPORATIONS 1-10, DOE | ) | |
| PARTNERSHIPS 1-10, DOE | ) | |
| GOVERNMENTAL AGENCIES 1-10, | ) | |
| DOE TRUSTS 1-10 | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on

April 24, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against

Defendant Akua Air Conditioning LLC", ECF No. 16 are adopted as the opinion

and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, May 22, 2020.



               /s/ Leslie E. Kobayashi
               Leslie E. Kobayashi
               United States District Judge